IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30750
Conference Calendar

_____


R. L. HALL AND ASSOC., INC.,

Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,

Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. CA-93-CV-455
- - - - - - - - - -
April 18, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

R.L. Hall and Associates, Inc., appeals from the district court's dismissal of its Federal Tort Claims Act suit for failure to state a claim upon which relief may be granted.  The district court did not err in dismissing the premium-increase claim under Rule 12(b)(6).  *See Johnson v. Sawyer*, 47 F.3d 716, 727, 729 (5th Cir. 1995)(*en banc*) (this court will not fashion new state-law causes of action).

AFFIRMED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.